IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 3:23-554 |
| | ) | |
| v. | ) | |
| | ) | |
| **CHRISTOPHER FORD,** | ) | |
| a/k/a Psychotic," | ) | WRIT OF HABEAS CORPUS |
| a/k/a "Chris Too High Strung" | ) | AD PROSEQUENDUM |

It appears that criminal charges have been filed against the defendant in the above-entitled case. It further appears that the defendant, **CHRISTOPHER FORD, a/k/a Psychotic," a/k/a "Chris Too High Strung,"** is presently incarcerated in the Pickens County Detention Center. It is therefore

ORDERED that the Jailor, or his authorized representative, deliver **CHRISTOPHER FORD, a/k/a Psychotic," a/k/a "Chris Too High Strung,"** to the United States Marshals Service or other federal law enforcement officer from time to time as the defendant may be needed until the within action is concluded in its entirety. It is further

ORDERED that the United States Marshals Service or other federal law enforcement officer shall produce the defendant at such time and place as may be designated by the Court for proceedings in this case and upon the conclusion of this case, the said Marshal or other federal law enforcement officer shall return the defendant to his aforesaid place of confinement.

_____
UNITED STATES MAGISTRATE JUDGE

July 18, 2023

Columbia, South Carolina

1

ON MOTION OF:

ADAIR F. BOROUGHS
UNITED STATES ATTORNEY

By: _____
Winston D. Holliday, Jr. (Fed. ID 7597)
Assistant U.S. Attorney
1441 Main Street, Suite 500
Columbia, South Carolina 29201
Tel.: 803-929-3000
Fax: 803-254-2943
Email: winston.holliday@usdoj.gov