AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| United States of America<br>v.<br><br>CHRISTOPHER FORD<br>  aka "Psychotic,"<br>  aka "Chris Too High Strung"<br>*Defendant* | )<br>)<br>) Case No.  3:23-554<br>)<br>)<br>)<br>) |

RECEIVED 2023 JUL 20 AM 8:54 UNITED STATES MARSHALS COLUMBIA, SC

## ARREST WARRANT

FID# 11575592

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     CHRISTOPHER FORD, aka "Psychotic," aka "Chris Too High Strung",
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Title 18, United States Code, Section 1349
Title 18, United States Code, Section 1343
Title 18, United States Code, Section 2
Title 18, United States Code, Section 981(a)(1)(C)
Title 28, United States Code, Section 2461(c)

Date:  7/18/2023

s/Jennifer Peterson
*Issuing officer's signature*
ROBIN BLUME
CLERK OF COURT

City and state:   Columbia, South Carolina

*Printed name and title*

### Return

This warrant was received on *(date)* 07/20/2023, and the person was arrested on *(date)* 08/01/2023
at *(city and state)* Columbia, SC.

Date: 08/01/2023

Arrested by USSS SA P. Pruitt
*Arresting officer's signature*

By: C. Wolf, SDUSM
*Printed name and title*